FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. EDGAR MARTINEZ-MARES, DEFENDANT(S). | CASE NUMBER CR 08-924 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _August 15_, _2008_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Eick_, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/14/08_

_____
U.S. District Judge/Magistrate Judge